UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

GEORGE BURNSIDE,

    Plaintiff,

v.

WEST ONE AUTOMOTIVE GROUP, an Oregon corporation, and TED L. ANDERSON,

    Defendants.

NO. CV-09-5048-RHW

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER**, **in part**

On November 10, 2009, the parties filed a Stipulated Protective Order (Ct. Rec. 12). The parties did not file an accompanying motion, but filed the document as a Motion for Protective Order.

The parties' Stipulated Protective Order indicates that if any confidential documents or testimony is referred to in pleadings, motions and briefs, the document must be appropriately marked confidential and filed under seal with the Clerk of the Court.

It is the policy of this District and the Judges herein not to enter blanket protective orders. Not only do such orders unnecessarily impede the public's rights of access to court proceedings, they make appellate review difficult. *See, e.g., Foltz v. State Farm Mut. Auto. Insur. Co.*, 331 F.3d 1122, 1131 (9th Cir. 2003). The Federal Rules of Civil Procedure grant this Court broad latitude in crafting protective orders. Fed. R. Civ. Pro. 26(c); *see also Phillips v. General Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002) (noting that rule 26(c) authorizes district courts to issue "*any* order which justice requires to protect a party or person

**ORDER GRANTING MOTION FOR STIPULATED PROTECTIVE ORDER, in part** ~ 1

from annoyance, embarrassment, oppression, or undue burden") (emphasis in original).  For good cause, the Court will enter orders protecting specific information from disclosure or forbidding inquiry into certain matters, in accordance with Rule 26(c).

Thus, while the parties are free to agree with respect to the management of the dissemination and use of the information between themselves during the discovery process as set forth in the Stipulated Protective Order, the Court will require the parties to seek permission from the Court prior to filing any document covered by the Stipulated Protective Order under seal in the court record.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Motion for Protective Order (Ct. Rec. 12) is **GRANTED,** in part.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 7th day of December, 2009.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2009\Burnside\prot.ord.wpd

**ORDER GRANTING MOTION FOR STIPULATED PROTECTIVE ORDER, in part ~ 2**