AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### *Eastern District of Washington*

GEORGE BURNSIDE,

v.

WEST ONE AUTOMOTIVE GROUP, an Oregon corporation, and TED L. ANDERSON

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-5048-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED judgment is entered in favor of Plaintiff and against Defendant West One Automotive Group, in the amount of $5,699.00 (13.9 hours x $410.00).

July 26, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer