UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEORGE BURNSIDE,<br><br>    Plaintiff,<br><br>    v.<br><br>WEST ONE AUTOMOTIVE GROUP, an Oregon corporation, and TED L. ANDERSON,<br><br>    Defendants. | NO. CV-09-5048-RHW<br><br>**ORDER GRANTING THE PARTIES' STIPULATION FOR ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulation for Order of Dismissal (Ct. Rec. 47). The parties asks that Plaintiff's claims be dismissed with prejudice and without cost.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Order of Dismissal (Ct. Rec. 47) is **GRANTED**.

2. Plaintiffs' claims against Defendants are **dismissed,** with prejudice and without costs.

///
///
///
///
///

**ORDER GRANTING THE PARTIES' STIPULATION FOR ORDER OF DISMISSAL** ~ 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2  Order, forward copies to counsel, and **close the file**.
3  **DATED** this 23rd day of September, 2010.
4
5
6               *s/Robert H. Whaley*
                ROBERT H. WHALEY
                United States District Judge
7
8
9
10
11  Q:\CIVIL\2009\Burnside\stip.wpd
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER GRANTING THE PARTIES' STIPULATION FOR ORDER OF DISMISSAL** ~ 2